IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROLAND JEVON HOPKINS,        )
                             )
        Petitioner,           )
                             )      1:16CV986
    v.                        )      1:06CR439-1
                             )
UNITED STATES OF AMERICA,     )
                             )
        Respondent.           )

## **ORDER**

On June 26, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 183, 184.) Petitioner timely filed objections (Doc. 185) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's Motion (Doc. 179) and Amended Motion (Doc. 180) to Vacate, Set Aside, or Correct Sentence are **DENIED** and that this action is dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue

for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 20th day of September, 2017.

/s/ William L. Osteen, Jr.
United States District Judge